**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

BRIAN NETWIG,

Plaintiff,

Civil No. 01-1253 DWF/AJB

v.

**PRETRIAL SCHEDULING ORDER**

GEORGIA-PACIFIC CORPORATION, and
WILLAMETTE INDUSTRIES, INC.,

Defendants.

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan-First Phase

Initial discovery will be limited to the issues to be addressed in Defendants' Rule 12 motions. Said discovery shall be completed on or before February 1, 2002. During the initial discovery period, discovery shall be limited as follows:

1. Plaintiff shall be entitled to take 1 deposition of each Defendant, pursuant to Rule 30(b)(6). (Plaintiff shall not be precluded from taking additional 30(b)(6) depositions during the second phase of discovery).
2. Defendant shall be entitled to take 1 deposition of Plaintiff.
3. Each party may serve 15 interrogatories (counted in accordance with Rule 33(a))

FILED OCT 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

on another party.

4. Each party may serve 15 document requests upon another party.

Discovery Plan-Second Phase

1. Discovery shall be completed by August 1, 2002.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before November 15, 2001.

3. Expert Witnesses

   a. Plaintiff shall disclose the identity of expert witnesses under Rule 26(a)(2)(A) on or before May 1, 2002.

   b. Defendant shall disclose the identity of expert witnesses under Rule 26(a)(2)(A) on or before June 1, 2002.

   c. Full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by Plaintiff's expert witnesses, shall be made on or before June 1, 2002.

   d. Full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by Defendant's expert witnesses, shall be made on or before July 1, 2002.

4. No more than 35 interrogatories (counted in accordance with Rule 33(a)) shall be served by any party.

5. No more than 5 factual depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 3 expert depositions.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be filed, and the hearing thereon completed, by January 7, 2002.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline,

August 1, 2001.

3. Prior to scheduling any non-dispositive motion, parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through telephonic conference with the Magistrate Judge. To the extent that formal discovery motions will be filed, said motions should strictly comply with the provisions of Local Rules 7.1 and 37.1 and **shall be presented in a form that complies with Local Rule 37.2.**

Dispositive Motions

1. Defendants shall serve Rule 12 motions on or before November 6, 2001.

2. Plaintiff's response to Defendants Rule 12 motions shall not be due until after discovery on those issues has been completed as set forth above.

3. All other dispositive motions shall be filed, and the hearing thereon completed, by October 1, 2002.

4. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. Counsel are reminded that they must anticipate the time required for scheduling dispositive motion hearings by calling Calendar Clerk Lowell Lindquist, 651-848-1296.

Trial

This case shall be ready for a jury trial on February 1, 2003, or upon resolution of any pending dispositive motions. Anticipated length of trial is 1 week.

Dated: 10/23/01

Arthur J. Boylan
United States Magistrate Judge